BECK ET AL. *v.* BINKS, DIRECTOR OF DEPART-
MENT OF REGISTRATION AND EDUCATION
OF ILLINOIS.

No. 461.   Decided December 5, 1960.

*Edwin S. D. Butterfield* for appellants.

*William L. Guild,* Attorney General of Illinois, and
*William C. Wines* and *Raymond S. Sarnow,* Assistant
Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed.   Treating the papers whereon the appeal was
taken as a petition for certiorari, certiorari is denied.

KOTRICH ET AL. *v.* COUNTY OF DuPAGE,
ILLINOIS, ET AL.

No. 473.   Decided December 5, 1960.

*Arthur Frankel, Nathan Glick* and *Lawrence E. Glick*
for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial fed-
eral question.